No. 171, Misc. JONES *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 173, Misc. GRAY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 174, Misc. RIZZI *v.* LAVALLEE, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 175, Misc. FRYE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 177, Misc. McCARROLL *v.* MINNESOTA. District Court of Minnesota, Ninth Judicial District. Certiorari denied.

No. 178, Misc. GRAVETTE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 180, Misc. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *T. Gilbert Sharpe* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 181, Misc. MONTALVO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.